UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STEVEN D NEIL,

        Plaintiff,

   v.

UNITED STATES
FEDERAL BUREAU OF PRISONS,
et al.,

        Defendants.

1:19-cv-16882 (NLH) (AMD)

**MEMORANDUM OPINION & ORDER**

**APPEARANCES**:

Peter William Till, Esq.
Law Offices Of Peter W. Till
105 Morris Avenue
Suite 201
Springfield, NJ 07081

   Attorneys for Plaintiff

Craig Carpenito, United States Attorney
Kristin Lynn Vassallo, Assistant United States Attorney
Office Of The U.S. Attorney
District Of New Jersey
970 Broad Street
Newark, NJ 07102

   Attorneys for Defendants

**HILLMAN, District Judge**

    WHEREAS, Defendants have filed a motion to dismiss Plaintiff Steven Neil's complaint, see ECF No. 6; and

    WHEREAS, counsel for Plaintiff wrote to the Court

requesting a stay of the motion as there is "an exploration of settlement underway."  ECF No. 8; and

WHEREAS, Defendants have consented to the stay of the motion to dismiss, see id.,

THEREFORE, IT IS on this   14th    day of May, 2020

ORDERED that the request for a stay of the motion to dismiss is granted.  The Clerk shall administratively terminate the motion, ECF No. 6, subject to reopening by the Court if this matter does not settle; and it is finally

ORDERED that the parties shall file an update with the Court no later than June 1, 2020 as to the status of settlement.

                                         s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.